# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141747 & (87)(92)

GAIL MILLER, Guardian and Conservator
for RYAN SCOTT MILLER, a Mentally
and Physically Incapacitated Person,
    Plaintiff-Appellee,

v

                                 SC: 141747
                                 COA: 290522

CITIZENS INSURANCE COMPANY
and APRIL BUERKEL,
    Defendants,
                                 Macomb CC: 2007-005364-NF

and

DETROIT MEDICAL CENTER,
    Appellant.
_____/

        On order of the Court, the application for leave to appeal the May 13, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether a medical care provider that is not a party to a fee agreement with plaintiff's counsel may be liable for all or a portion of counsel's fee and the basis for such liability, if any; and (2) if there is such liability, the manner in which the amount of the liability is to be determined.

        The motions for leave to file briefs amicus curiae are GRANTED. The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

y0126

_____
Clerk